UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Austin Chatman,<br><br>    Plaintiff<br><br>v.<br><br>N.A.L.S. Apartment Homes, et al.,<br><br>    Defendants | 2:15-cv-02077-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF 4] |

Magistrate Judge Nancy Koppe entered a report and recommendation on November 23, 2015, recommending that I dismiss this case for failure to state a claim upon which relief may be granted.[1] Judge Koppe also found plaintiff John Austin Chatman's claims "sufficiently fantastical" to warrant dismissal, rather than leave to amend with curative instructions.[2] Objections were due by December 10, 2015. Chatman has filed no objections, nor has he requested an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report and Recommendation **[ECF 4]** is **ADOPTED;** plaintiff's claims are **DISMISSED.** The Clerk of Court is instructed to **CLOSE THIS CASE.**

Dated this 11th day of December, 2015

                                                    _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge

---

[1] ECF 4 at 3.

[2] *Id.*